

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



RECEIVED
1/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Richard Anthony Marin
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:26-cv-00790
Judge Mary M. Rowland
Magistrate Judge M. David Weisman
PC4
RANDOM / Cat. 3**

vs.

The Chicago Police Department

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:

__✓__      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: Richard Anthony Marin

B.    List all aliases: Rich Marin, John Titor

C.    Prisoner identification number: 2025021065 (booking), 0853944 (inmate id)

D.    Place of present confinement: Cook County Jail

E.    Address: Division 2, Dorm 3, JJ, 2700 S. California Ave, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.   Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Chicago Police Department

Title: _____

Place of Employment: 3510 S. Michigan Ave, Chicago, IL 60653

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Marin v. Cook County Jail_

B. Approximate date of filing lawsuit: _May 2025_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Richard Anthony Marin (self), aliases: Rich Marin, John Titor_

D. List all defendants: _Cook County Jail_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _US District Court Northern District of Illinois_

F. Name of judge to whom case was assigned: _Judge Cummings_

G. Basic claim made: _Fault and possible retaliation by the jail not providing a vegan diet upon request on ethical, health, and religious grounds despite the jail both offering a vegan diet option and being required to._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending motion of reconsideration of amended claim._

I. Approximate date of disposition: _12/29/25_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(2)A. Marin v. The FBI

(2)B. August 2025

(2)C. Richard Anthony Marin (self); aliases: Rich Marin, John Titor

(2)D. The Federal Bureau of Investigation

(2)E. U.S. Court of Appeals for the Seventh Circuit

(2)F. Judge Gettleman

(2)G. Incorrect ruling on the validity of the suit, which had alleged whistleblower retaliation at the federal level and provided ample documentation. Also, that the District Court had escalated to the same judge.

(2)H. Petitioned for writ of certiorari via the U.S. Supreme Court, motioned for reconsideration.

(2)I. 12/31/25

(3) A. Marin v. The FBI

(3) B. June 2025

(3) C. Richard Anthony Marin, (Rich Marin, John Titor)

(3) D. The Federal Bureau of Investigation

(3) E. U.S. District Court Northern District of Illinois

(3) F. Judge Gettleman

(3) G. Original suit, appealed, alleging whistleblower retaliation, failure to adequately act on testimony, maintaining incorrect records with relation to a faulty NCIC report, 6EPMK89TW, and victim abandonment.

(3) H. Dismissed with prejudice, appealed.

(3) I. 6/20/25

P.1

(4) A. Marin v. Marvel Studios

(4) B. June 2025

(4) C. Richard Anthony Marin, (Rich Marin, John Titor)

(4) D. Marvel Studios

(4) E. U.S. District Court, Northern District of Illinois

(4) F. Judge Chang

(4) G. Uncredited and unpaid consulting, going back to the 90s, at least, which resulted in what is alleged to have been substantial influence in produced work to the point of potential exploitation.

(4) H. Dismissed without prejudice, dropped intentionally further.

(4) I. July 2025

(5) A. Marin v The Office of the Cook County Prosecutor, et al.

(5) B. July 2025

(5) C. Richard Anthony Marin, (Rich Marin, John Titor)

(5) D. The Office of the Cook County Prosecutor, The Chicago Police Department, Dr. Rebecca Jordan Nashman

(5) E. U.S. Court of Appeals For the Seventh Circuit

(5) F. Judge Shah

(5) G. Appeal regarding a suit at the lower court that was dismissed, relating to appeal due to named parties being suable entities, the alleged behavior being suable, and potential incorrect action in dismissal.

(5) H. Status unknown as updates were not received due to possible error of address on file, since dropped intentionally

(5) I. July 2025

P.2

(6) A. Marin v. The Office of the Cook County Prosecutor, et al.

(6) B. May 2025

(6) C. Richard Anthony Marin, (Rich Marin, John Titor)

(6) D. The Office of the Cook County Prosecutor, The Chicago Police Department, Dr. Rebecca Jordan Nusbaum

(6) E. U.S. District Court, Northern District of Illinois

(6) F. Judge Shah

(6) G. Alleged malicious prosecution, due process violations, theft of a vehicle not liable to civil forfeiture in a misdemeanor case, continued harassment, and unlawful arrest.

(6) H. Dismissed and appealed, as original complaint was not desired to be amended due to accuracy.

(6) I. July 2025

P.3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On February 6th, 2023, plaintiff Richard Mavin was charged with municipal case 23110145301, later indicted as 23CR0280201, by Detective Mark Campbell in what is alleged to be retaliatory action for seeking prosecution of two officers at the Second District for providing false information about a safety check and later that same day, a false report number for a missing persons report that apparently went unfiled. The prosecution was backed by provably false statements by the complaining witness, who had previously filed a petition for an order of protection and had plaintiff threatened away from attending the related hearing on 11/23/22. Chat logs, e-mails, and recordings that proved the prior incidents were provided to Det. Campbell, but were not acted upon other than to charge plaintiff in response to his reports to the police. Det. Campbell logged the plaintiff's vehicle, a 2007 blue Honda Civic EX as inventoried and did the same with the keys, but the vehicle was, apparently, inaccurately, reported as "lost" and then "towed by the city" and allegedly destroyed on December 18th, 2023, months later. It's status is unknown, truthfully, but is equipped with Lojack. The case, which relied on numerous false statements by the complaining witness, was charged as an order of protection violation, upgraded to an eight count felony indictment, and resolved in a misdemeanor plea arrangement for an order of protection violation, as none of the audio recordings

4                                                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

nor other exonerating and exculpatory evidence was allowed by what was alleged to be a retaliation campaign. Multiple internal affairs investigations were opened, but the first, in 2023, was "administratively closed" in mid-2023 by Sgt. Evan Komosa. Plaintiff is a journalist, writer, and filmmaker and was allegedly prosecuted in violation of their First Amendment rights to practice journalism and Sixth Amendment violated. On February 10th, 2025, plaintiff met with two officers, Lt. Thomas Osika and Sgt. Evan Komosa, in a recorded meeting where he reported as a witness and victim grievances, including the status of his vehicle and the acceptance of false testimony, discrepancies in investigation, from the complaining witness in the prior case. Leaving the meeting, which was set up with the Bureau of Internal Affairs, with which the two officers were affiliated with, at the COPA (Civilian Office of Police Accountability) office building, he was arrested by US Marshals, apparently serving a warrant that plaintiff was not informed of by Internal Affairs officers he had met with and apparently issued by Detective Campbell, the same who had charged the case the Internal Affairs meeting and reports were regarding in what was clearly retaliation for seeking appropriate authority intervention. Detective Campbell then met with plaintiff at the Second District station and made it clear that in response to First Amendment protected speech and communications with relation to his honest effort to seek law enforcement enforcement of the law. Plaintiff has been incarcerated since and is alleging police retaliation, malicious prosecution, violation of his First Amendment free speech and Sixth Amendment due process rights, and threats, implied and actual against him, as well as theft of car.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Financial restitution as calculated by the court and return of, or remuneration for my vehicle.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4th__ day of __January__, 20__26__

_Richard Anthony Marin_

(Signature of plaintiff or plaintiffs)

_Richard Anthony Marin_
(Print name)

_20250211065, 085 3944_
(I.D. Number)

_Division 2, Dorm 3, JJ 2700 S. California Ave._
_Chicago, IL 60608_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Richard Anthony Marin
2025CC211065
Division 2, Dorm 3, JJ
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL 604

13 JAN 2026    PM 5 L

★ USA ★ FOREVER ★

Prisoner Correspondent
United States District Court
219 S. Dearborn St. Fl. 20
Chicago, IL 60604

RECEIVED

6060431894 C005



01/20/2026-21



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019