

**FILED**
1/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**MR**

PJJ

**United States District Court**
**Northern District of Illinois**
## Prisoner Civil Cover Sheet

**1:26-cv-00790**
**Judge Mary M. Rowland**
**Magistrate Judge M. David Weisman**
**PC4**
**RANDOM / Cat. 3**

**Plaintiff(s):**

RICHARD ANTHONY MARIN

**Defendant(s):**

THE CHICAGO POLICE DEPARTMENT

**County of Residence:**
 Cook

**Plaintiff's Address:**
**Name:** Richard Anthony Marin

**Unit Field:** 20250211065

**(Prisoner ID Field (USM# ONLY)**

**Address:**

Richard Anthony Marin #20250211065
Cook County Jail
2700 S. California Ave.
Chicago, IL 60608

**County of Residence:**

**Defendant's Attorney:**

**Basis of Jurisdiction:** ☐ 1. U.S. Government Plaintiff    ■ 3. Federal Question
                                                                         **(U.S. gov't. not a party)**

☐ 2. U.S. Government Defendant    ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

                    **Plaintiff:**                         **Defendant:**

**Origin:**    ■ 1. Original Proceeding               ☐ 5. Transferred from Other
                                                                       District

             ☐ 2. Removed from State Court       ☐ 6. MultiDistrict Litigation

             ☐ 3. Remanded from Appellate Court    ☐ 7. Appeal to District Judge
                                                                      from Magistrate Judgment

             ☐ 4. Reinstated or Reopened

**Nature of Suit:**    550 - Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:**    ■ Yes         ☐ No

**Signature:** P. Judge                             **Date:** 01/20/2026

Rev. 02/12/2019