

**FILED**

1/20/2026 PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Richard Anthony Marsh
(full name of plaintiff or petitioner)

vs.

The Chicago Police Department
(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)**

Case number: **1:26-cv-00790**
**Judge Mary M. Rowland**
**Magistrate Judge M. David Weisman**
**PC4**
**RANDOM / Cat. 3**

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[✓] to request an attorney

1. *Are you in custody?* [✓] Yes [ ] No

   ID # 70250211065    Name of jail or prison: Cook County Jail

   Do you receive any payment from this institution? [ ] Yes [✓] No

   If "Yes," how much per month? $_____

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   (list the 12-month total for each)

| | |
|---|---|
| Self-employment, business, or profession: | $_____ |
| Income from interest or dividends: | $_____ |
| Income from rent payments: | $_____ |
| Pensions, annuities, or life insurance: | $_____ |
| Disability or worker's compensation: | $_____ |
| Gifts: | $ 1800 |
| Deposits by others into your jail or prison account: | $_____ |
| Unemployment, public assistance, or welfare: | $_____ |
| Settlements or judgments: | $_____ |
| **Any other source of money:** | $ n/a |

Rev. 2/2020

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? [✓]Yes [ ]No   If yes, how much? ___ ~ $1200 _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?   [ ]Yes [X]No

   If yes, list each item of property and state its approximate value:

   _____

   _____

5. *Dependents:* Is anyone dependent on you for support?   [ ]Yes [X]No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____

   _____

6. *Debts and financial obligations:* List any amounts you owe to others:

   _____ Approximately $25,000 in credit card and medical debt _____

   _____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct.

I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: __1/4/26__

_____
*Applicant's signature*

_____Richard Anthony Marin_____
*Printed name*

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, _Richard Marin_, ID # _20C-0911 06_, has the sum of $ _0.41_ on account to his/her credit at _Cook County – DOC_ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _180.00_. (Add all deposits from all sources and then divide by the number of months.)

Date: __1/12/2026__

_____
*Signature of authorized officer*

_____M. Joseph_____
*Printed name*

Page 2 of 2

# Resident Transaction Details

Transactions From 2/11/2025 12:00 AM to 1/12/2026 11:59 PM

## 853944 : Marin,  Richard

### DIV2 D3 JJ 7

| | | Cook Checking Main Balance: | | $0.48 |
|---|---|---|---|---|

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 10426321 | 1/8/2026 | BillPay | | | PAYMENT FOR TRANS 10426320 | -$9.97 | $0.48 |
| 10426320 | 1/8/2026 | Bill | $9.97 | $9.97 | Commissary : COMMISSARY 1/8/2026 REF:16932 | | $10.45 |
| 10372205 | 12/31/2025 | BillPay | | | PAYMENT FOR TRANS 10372204 | -$0.64 | $10.45 |
| 10372204 | 12/31/2025 | Bill | $0.64 | $0.64 | Commissary : COMMISSARY 12/31/2025 REF:16892 | | $11.09 |
| 10318129 | 12/23/2025 | CredPay | | | PAYMENT FOR TRANS 10318128 | $1.28 | $11.09 |
| 10318128 | 12/23/2025 | Credit | $1.28 | $1.28 | Commissary : COMMISSARY CREDIT 12/23/2025 REF:16850 | | $9.81 |
| 10272309 | 12/18/2025 | BillPay | | | PAYMENT FOR TRANS 10272308 | -$80.58 | $9.81 |
| 10272308 | 12/18/2025 | Bill | $80.58 | $80.58 | Commissary : COMMISSARY 12/18/2025 REF:16828 | | $90.39 |
| 10260569 | 12/16/2025 | BillPay | | | PAYMENT FOR TRANS 10260568 | -$30.00 | $90.39 |
| 10260568 | 12/16/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c5596 9/10/25 | | $120.39 |
| 10260567 | 12/16/2025 | BillPay | | | PAYMENT FOR TRANS 10260566 | -$30.00 | $120.39 |
| 10260566 | 12/16/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c6465 6/20/25 | | $150.39 |
| 10246777 | 12/15/2025 | CredPay | | | PAYMENT FOR TRANS 10246776 | $150.00 | $150.39 |
| 10246776 | 12/15/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:9925139513253498\|MARGARET, MARIN | | $0.39 |

# 853944 : Marin, Richard

## DIV2 D3 JJ 7

| Cook Checking Main Balance: | $0.48 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 10221688 | 12/11/2025 | BillPay | | | PAYMENT FOR TRANS 10221687 | -$13.03 | $0.39 |
| 10221687 | 12/11/2025 | Bill | $13.03 | $13.03 | Commissary : COMMISSARY 12/11/2025 REF:16791 | | $13.42 |
| 10177189 | 12/5/2025 | CredPay | | | PAYMENT FOR TRANS 10177188 | $1.53 | $13.42 |
| 10177188 | 12/5/2025 | Credit | $1.53 | $1.53 | Commissary : COMMISSARY CREDIT 12/5/2025 REF:16760 | | $11.89 |
| 10167616 | 12/4/2025 | BillPay | | | PAYMENT FOR TRANS 10167615 | -$9.15 | $11.89 |
| 10167615 | 12/4/2025 | Bill | $9.15 | $9.15 | Commissary : COMMISSARY 12/4/2025 REF:16755 | | $21.04 |
| 10068085 | 11/20/2025 | BillPay | | | PAYMENT FOR TRANS 10068084 | -$69.17 | $21.04 |
| 10068084 | 11/20/2025 | Bill | $69.17 | $69.17 | Commissary : COMMISSARY 11/20/2025 REF:16688 | | $90.21 |
| 10062605 | 11/19/2025 | PayVoid | | | VOID TRANS 10062600 | $30.00 | $90.21 |
| 10062604 | 11/19/2025 | BillVoid | $30.00 | $30.00 | VOID TRANS 10062599 : | | $60.21 |
| 10062602 | 11/19/2025 | BillPay | | | PAYMENT FOR TRANS 10062601 | -$30.00 | $60.21 |
| 10062601 | 11/19/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c5596 9/10/25 | | $90.21 |
| 10062600 | 11/19/2025 | BillPay | | | PAYMENT FOR TRANS 10062599 | -$30.00 | $90.21 |
| 10062599 | 11/19/2025 | Bill | $30.00 | $0.00 | Forma Pauperis : 20% 25c5596 9/1025 | | $120.21 |
| 10062590 | 11/19/2025 | BillPay | | | PAYMENT FOR TRANS 10062589 | -$30.00 | $120.21 |
| 10062589 | 11/19/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c6465 6/20/25 | | $150.21 |
| 10055063 | 11/18/2025 | CredPay | | | PAYMENT FOR TRANS 10055062 | $150.00 | $150.21 |
| 10055062 | 11/18/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:5875660684253228\|MARGARET, MARIN | | $0.21 |

 Confidential Property of Cook County

# 853944 : Marin, Richard
## DIV2 D3 JJ 7

| | Cook Checking Main Balance: | $0.48 |
|---|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 9919960 | 10/30/2025 | BillPay | | | PAYMENT FOR TRANS 9919959 | -$4.21 | $0.21 |
| 9919959 | 10/30/2025 | Bill | $4.21 | $4.21 | Commissary : COMMISSARY 10/30/2025 REF:16597 | | $4.42 |
| 9879150 | 10/23/2025 | BillPay | | | PAYMENT FOR TRANS 9879149 | -$85.58 | $4.42 |
| 9879149 | 10/23/2025 | Bill | $85.58 | $85.58 | Commissary : COMMISSARY 10/23/2025 REF:16558 | | $90.00 |
| 9868935 | 10/21/2025 | BillPay | | | PAYMENT FOR TRANS 9868934 | -$30.00 | $90.00 |
| 9868934 | 10/21/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c5596 9/10/25 | | $120.00 |
| 9868933 | 10/21/2025 | BillPay | | | PAYMENT FOR TRANS 9868932 | -$30.00 | $120.00 |
| 9868932 | 10/21/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c6465 6/20/25 | | $150.00 |
| 9789200 | 10/17/2025 | CredPay | | | PAYMENT FOR TRANS 9789199 | $150.00 | $150.00 |
| 9789199 | 10/17/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:1281872623252908\|MARGARET, MARIN | | $0.00 |
| 9783599 | 10/16/2025 | BillPay | | | PAYMENT FOR TRANS 9783598 | -$0.46 | $0.00 |
| 9783598 | 10/16/2025 | Bill | $0.46 | $0.46 | Commissary : COMMISSARY 10/16/2025 REF:16514 | | $0.46 |
| 9614506 | 9/18/2025 | BillPay | | | PAYMENT FOR TRANS 9614505 | -$74.55 | $0.46 |
| 9614505 | 9/18/2025 | Bill | $74.55 | $74.55 | Commissary : COMMISSARY 9/18/2025 REF:16381 | | $75.01 |
| 9592763 | 9/15/2025 | BillPay | | | PAYMENT FOR TRANS 9592762 | -$30.00 | $75.01 |
| 9592762 | 9/15/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c6465 6/20/25 | | $105.01 |
| 9592761 | 9/15/2025 | BillPay | | | PAYMENT FOR TRANS 9592760 | -$30.00 | $105.01 |
| 9592760 | 9/15/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c5596 9/10/25 | | $135.01 |
| 9592759 | 9/15/2025 | BillPay | | | PAYMENT FOR TRANS 9592758 | -$15.00 | $135.01 |

# 853944 : Marin, Richard

## DIV2 D3 JJ 7

| Cook Checking Main Balance: | $0.48 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 9592758 | 9/15/2025 | Bill | $15.00 | $15.00 | Forma Pauperis : IPFF 25c5596 9/10/25 | | $150.01 |
| 9588160 | 9/14/2025 | CredPay | | | PAYMENT FOR TRANS 9588159 | $150.00 | $150.01 |
| 9588159 | 9/14/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:6074709294252578\|MARGARET, MARIN | | $0.01 |
| 9529328 | 9/4/2025 | BillPay | | | PAYMENT FOR TRANS 9529327 | -$1.31 | $0.01 |
| 9529327 | 9/4/2025 | Bill | $1.31 | $1.31 | Commissary : COMMISSARY 9/4/2025 REF:16314 | | $1.32 |
| 9489017 | 8/28/2025 | BillPay | | | PAYMENT FOR TRANS 9489016 | -$23.63 | $1.32 |
| 9489016 | 8/28/2025 | Bill | $23.63 | $23.63 | Commissary : COMMISSARY 8/28/2025 REF:16287 | | $24.95 |
| 9447441 | 8/21/2025 | BillPay | | | PAYMENT FOR TRANS 9447440 | -$95.06 | $24.95 |
| 9447440 | 8/21/2025 | Bill | $95.06 | $95.06 | Commissary : COMMISSARY 8/21/2025 REF:16258 | | $120.01 |
| 9426052 | 8/18/2025 | BillPay | | | PAYMENT FOR TRANS 9426051 | -$30.00 | $120.01 |
| 9426051 | 8/18/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c6465 6/20/25 | | $150.01 |
| 9416335 | 8/16/2025 | CredPay | | | PAYMENT FOR TRANS 9416334 | $150.00 | $150.01 |
| 9416334 | 8/16/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:8233705370252288\|MARGARET, MARIN | | $0.01 |
| 9406715 | 8/14/2025 | BillPay | | | PAYMENT FOR TRANS 9406714 | -$8.56 | $0.01 |
| 9406714 | 8/14/2025 | Bill | $8.56 | $8.56 | Commissary : COMMISSARY 8/14/2025 REF:16214 | | $8.57 |
| 9366085 | 8/7/2025 | BillPay | | | PAYMENT FOR TRANS 9366084 | -$17.76 | $8.57 |
| 9366084 | 8/7/2025 | Bill | $17.76 | $17.76 | Commissary : COMMISSARY 8/7/2025 REF:16180 | | $26.33 |
| 9321514 | 7/31/2025 | BillPay | | | PAYMENT FOR TRANS 9321513 | -$41.32 | $26.33 |

# 853944 : Marin, Richard

## DIV2 D3 JJ 7

| Cook Checking Main Balance: | $0.48 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 9321513 | 7/31/2025 | Bill | $41.32 | $41.32 | Commissary : COMMISSARY 7/31/2025 REF:16142 | | $67.65 |
| 9281527 | 7/24/2025 | BillPay | | | PAYMENT FOR TRANS 9281526 | -$52.35 | $67.65 |
| 9281526 | 7/24/2025 | Bill | $52.35 | $52.35 | Commissary : COMMISSARY 7/24/2025 REF:16111 | | $120.00 |
| 9229547 | 7/15/2025 | BillPay | | | PAYMENT FOR TRANS 9229546 | -$30.00 | $120.00 |
| 9229546 | 7/15/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c6465 6/20/25 | | $150.00 |
| 9217210 | 7/14/2025 | CredPay | | | PAYMENT FOR TRANS 9217209 | $150.00 | $150.00 |
| 9217209 | 7/14/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:4434908623251958\|MARGARET, MARIN | | $0.00 |
| 9197343 | 7/10/2025 | BillPay | | | PAYMENT FOR TRANS 9197342 | -$0.03 | $0.00 |
| 9197342 | 7/10/2025 | Bill | $0.03 | $0.03 | Commissary : COMMISSARY 7/10/2025 REF:16044 | | $0.03 |
| 9113944 | 6/26/2025 | BillPay | | | PAYMENT FOR TRANS 9113943 | -$0.26 | $0.03 |
| 9113943 | 6/26/2025 | Bill | $0.26 | $0.26 | Commissary : COMMISSARY 6/26/2025 REF:15980 | | $0.29 |
| 9076013 | 6/19/2025 | BillPay | | | PAYMENT FOR TRANS 9076012 | -$8.09 | $0.29 |
| 9076012 | 6/19/2025 | Bill | $8.09 | $8.09 | Commissary : COMMISSARY 6/19/2025 REF:15942 | | $8.38 |
| 9034540 | 6/12/2025 | BillPay | | | PAYMENT FOR TRANS 9034539 | -$66.43 | $8.38 |
| 9034539 | 6/12/2025 | Bill | $66.43 | $66.43 | Commissary : COMMISSARY 6/12/2025 REF:15917 | | $74.81 |
| 8994719 | 6/5/2025 | BillPay | | | PAYMENT FOR TRANS 8994718 | -$16.67 | $74.81 |
| 8994718 | 6/5/2025 | Bill | $16.67 | $16.67 | Commissary : COMMISSARY 6/5/2025 REF:15880 | | $91.48 |
| 8952027 | 5/29/2025 | BillPay | | | PAYMENT FOR TRANS 8952026 | -$58.54 | $91.48 |
| 8952026 | 5/29/2025 | Bill | $58.54 | $58.54 | Commissary : COMMISSARY 5/29/2025 REF:15840 | | $150.02 |

# 853944 : Marin, Richard

## DIV2 D3 JJ 7

| Cook Checking Main Balance: | $0.48 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8924766 | 5/24/2025 | CredPay | | | PAYMENT FOR TRANS 8924765 | $150.00 | $150.02 |
| 8924765 | 5/24/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:0015391799251448\|MARGARET, MARIN | | $0.02 |
| 8915687 | 5/22/2025 | BillPay | | | PAYMENT FOR TRANS 8915686 | -$0.10 | $0.02 |
| 8915686 | 5/22/2025 | Bill | $0.10 | $0.10 | Commissary : COMMISSARY 5/22/2025 REF:15804 | | $0.12 |
| 8875362 | 5/15/2025 | BillPay | | | PAYMENT FOR TRANS 8875361 | -$28.70 | $0.12 |
| 8875361 | 5/15/2025 | Bill | $28.70 | $28.70 | Commissary : COMMISSARY 5/15/2025 REF:15762 | | $28.82 |
| 8836529 | 5/8/2025 | BillPay | | | PAYMENT FOR TRANS 8836528 | -$36.45 | $28.82 |
| 8836528 | 5/8/2025 | Bill | $36.45 | $36.45 | Commissary : COMMISSARY 5/8/2025 REF:15710 | | $65.27 |
| 8827997 | 5/6/2025 | CredPay | | | PAYMENT FOR TRANS 8827996 | $1.12 | $65.27 |
| 8827996 | 5/6/2025 | Credit | $1.12 | $1.12 | Commissary : COMMISSARY CREDIT 5/6/2025 REF:15698 | | $64.15 |
| 8795296 | 5/1/2025 | BillPay | | | PAYMENT FOR TRANS 8795295 | -$24.87 | $64.15 |
| 8795295 | 5/1/2025 | Bill | $24.87 | $24.87 | Commissary : COMMISSARY 5/1/2025 REF:15675 | | $89.02 |
| 8754065 | 4/24/2025 | BillPay | | | PAYMENT FOR TRANS 8754064 | -$61.20 | $89.02 |
| 8754064 | 4/24/2025 | Bill | $61.20 | $61.20 | Commissary : COMMISSARY 4/24/2025 REF:15640 | | $150.22 |
| 8646583 | 4/6/2025 | CredPay | | | PAYMENT FOR TRANS 8646582 | $150.00 | $150.22 |
| 8646582 | 4/6/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:2931958075250968\|MARGARET, MARIN | | $0.22 |
| 8423300 | 2/27/2025 | BillPay | | | PAYMENT FOR TRANS 8423299 | -$4.30 | $0.22 |
| 8423299 | 2/27/2025 | Bill | $4.30 | $4.30 | Commissary : COMMISSARY 2/27/2025 REF:15282 | | $4.52 |

# 853944 : Marin, Richard

## DIV2 D3 JJ 7

| Cook Checking Main Balance: | $0.48 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Comment Collect | Adjust | Spend Balance |
|---|---|---|---|---|---|---|
| 8316989 | 2/11/2025 | Open | | RESIDENT RE-OPEN | $0.00 | $4.52 |



Richard Anthony Marin
2025ᴄ211065
Division 2, Dorm 3, JJ
2700 S. California Ave
Chicago, IL 60608

Prisoner Correspondent
United States District Court
219 S. Dearborn St. Fl. 20
Chicago, IL 60604

S SUBURBAN IL 604

13 JAN 2026    PM 5 L

USA ★ FOREVER

RECEIVED

6060431894  C005



01/20/2026-21



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019