[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**1/20/2026**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**MR**
**PJJ**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Richard Anthony Marin )
)
v. )
)
)
Defendant(s) Chicago Police Department )
)
)

1:26-cv-00790

Case No: **Judge Mary M. Rowland**
**Magistrate Judge M. David Weisman**
**PC4**
Judge: **RANDOM / Cat. 3**

## MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Richard Anthony Marin , declare that I am the (check appropriate box)
☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**

The Exoneration Project
Loevy & Loevy
The Cochran Firm
Lawrence Hober, P.A.

but I have been unable to find an attorney because:

Lack of response despite multiple attempts via letter and call.

3. I declare that (check all that apply):
(*Now:*)
☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

OR

☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

(*Earlier:*)
☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

OR

☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school ☐ Some high school ☐ High school graduate

☐ Some college ☐ College graduate ☐ Post-graduate

6. ☑ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

*Richard Anthony Marin*
Movant's Signature

Division 2, Dorm 3, JJ 2700 S. California Ave
Street Address

1/4/26
Date

Chicago, Illinois 60608
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Richard Anthony Marin
2025C-211065
Division 2, Dorm 3, JJ
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL 604

13 JAN 2026   PM 5 L

★ USA ★ FOREVER ★

Prisoner Correspondent
United States District Court
219 S. Dearborn St. Fl. 20
Chicago, IL 60604

RECEIVED

606043189 4   C005



01/20/2026-21



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019