**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Richard Anthony Marin (#2025-0211065),  )
        )
    Plaintiff,     )
        )    Case No. 26 C 0790
    v.     )
        )    Hon. Mary M. Rowland
The Chicago Police Dep't,    )
        )
    Defendant.    )

## ORDER

Plaintiff has submitted an application to proceed *in forma pauperis* [3]. Based upon the financial information provided to the Court at the time, the motion [3] is granted. However, in deciding the IFP motion, the Court discovered that Plaintiff is no longer in the custody of the Cook County Jail, was transferred into the custody of the Illinois Department of Corrections and has since been released on mandatory supervised release. The Court has no updated address information for Plaintiff, because he has not updated his address information, or otherwise contacted the Court, since he filed this case. The address on the docket is the Cook County Jail. It is Plaintiff's responsibility to keep the Court apprised of the most up-to-date address information so he can be contacted during this litigation. Because Plaintiff has failed to keep the Court apprised of his current address information, he is ordered to update his address with the Court before the Court completes an initial review of the complaint submitted in this case. If he fails to comply by **June 22, 2026**, the Court will dismiss this case without prejudice for failure to comply with Court orders. Additionally, because Plaintiff is no longer in custody, he will be required to submit updated financial information to the Court to confirm that he is entitled to pauper status. Plaintiff's motion for attorney representation [4] is denied, pending Plaintiff's compliance with this order.

Dated: May 27, 2026

_____
MARY M. ROWLAND
United States District Judge